UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:26-CR-00114-CHB-RSE
*Electronically Filed*

UNITED STATES OF AMERICA PLAINTIFF

V.

DERRICK ALLISON DEFENDANT

## NOTICE OF APPEARANCE

Scott C. Cox hereby enters his appearance as retained counsel of record on behalf of Derrick Allison in the above-styled matter, substituting for the Honorable James Guilfoyle.

**RESPECTFULLY SUBMITTED,**

*/S/ SCOTT C. COX*
**SCOTT C. COX**
**COX & MAZZOLI, PLLC**
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

**/S/ SCOTT C. COX**
Scott C. Cox