UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Criminal No. 3:26-CR-114-CHB
*Electronically Filed*

UNITED STATES OF AMERICA PLAINTIFF

V. **DERRICK ALLISON'S RESPONSE TO LOUISHA CHARLTON'S MOTION TO CONTINUE TRIAL**

DERRICK ALLISON, ET AL. DEFENDANTS

Derrick Allison is in agreement with co-defendant Charlton's motion to continue the trial of this matter, currently scheduled for November 3, 2026 (Doc. No. 20). Undersigned counsel has just recently entered his appearance in the case and has not had an opportunity to review discovery or review it with Mr. Allison.

**RESPECTFULLY SUBMITTED,**

*/S/ SCOTT C. COX*

**SCOTT C. COX**
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

**/S/ SCOTT C. COX COX**
Scott C. Cox